585 A.2d 408

STATE OF NEW JERSEY v. NELSON VELASQUEZ.

October 30, 1990.

Petition for certification denied.

585 A.2d 408

STATE OF NEW JERSEY v. JOSE RAMOS.

October 30, 1990.

Petition for certification denied.

585 A.2d 408

STATE OF NEW JERSEY v. LEWIS RAYMOND ABRAMS.

October 30, 1990.

Petition for certification denied.

585 A.2d 408

STATE OF NEW JERSEY v. WILLIE HENRY BROWN.

October 30, 1990.

Petition for certification denied.

585 A.2d 408

STATE OF NEW JERSEY v. LARRY MITCHELL.

October 30, 1990.

Petition for certification denied.